Argued and submitted November 25, reversed and remanded December 17, 1997

In the Matter of the Compensation of
Virgie Webb, Claimant.
BAY AREA HEALTH DISTRICT
and Health Future Enterprises, Inc.,
*Petitioners,*

*v.*

Virgie WEBB,
*Respondent.*

(WCB 96-03688, 95-09567; CA A97324)

950 P2d 414

Brian L. Pocock argued the cause and filed the brief for petitioners.

Scott McNutt, Jr., argued the cause and filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Linder, Judges.

PER CURIAM

Reversed and remanded. *Bay Area Hospital v. Landers*, 150 Or App 154, 945 P2d 110 (1997).